Entered: August 4th, 2021
Signed: August 4th, 2021

**SO ORDERED**

The hearing shall be continued to September 20, 2021 at 2:00 pm.



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **20−11902 − TJC**   Chapter: **11**   Doc No.: **149**

**Redeemed Christian Church of God, River of Life**
Debtor

## ORDER CONTINUING HEARING OF
## MOTION TO REOPEN

Upon consideration of the motion for continuance filed in the above−captioned matter by Redeemed Christian Church of God, River of Life, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing scheduled for August 9, 2021, is continued to **date and time as stated above by video or telephone hearing.**

cc:   All Parties
      All Counsel

### End of Order

12x01 (rev. 05/21/2012) − AsiaHarris